the order as modified upon this appeal; and, as so modified, affirmed, without costs.

HEWITT, Appellant, v. BLOCH, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Edward G. Hewitt against Israel Bloch. H. B. Glosson, for appellant. A. A. Joseph, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the damages allowed are entirely inadequate. Order filed.

HOUGHTON, J., dissents.

HEYMAN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by John Heyman against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HIGHT et al. v. HAUPTMAN. (Supreme Court, Appellate Term. June 5, 1908.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by William P. Hight and Ernest W. Merrill, copartners as Hight & Merrill, against Adolph Hauptman, on a contract. From a judgment for plaintiffs, defendant appeals. Modified and affirmed. Edgerton, Allen & Dean (William Allen, of counsel), for respondents. John Mamheimer, for appellant.

PER CURIAM. It would seem that the trial judge was correct in finding for the plaintiffs, but wrong in failing to allow the 15 per cent. conceded by the factory upon the new contract made between the parties after negotiations for the return of the chair seats. The record does not seem to indicate that defendant was entitled to the 5 per cent. for spot cash, nor does it appear that he should be allowed the protest fee on the returned check of $5,133, which they should not have attempted to use in view of the new contract. Figured as above indicated, the plaintiffs would be entitled to a judgment for $336.61, with interest and costs. Judgment modified, by reducing the amount of recovery to the sum of $336.61, with interest and appropriate costs in the court below, and, as modified, affirmed, with costs to the appellant in this court.

HODGE v. INTERNATIONAL REGISTRY CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Alfred L. Hodge against the International Registry Company. No opinion. Motion denied, on terms stated in order. Order filed.

HOLLAND v. GROTE. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by James M. Holland against Augustus H. Grote. No opinion. Motion granted, and question certified.

HOUGHTON, Respondent, v. HANSEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Roxie E. Houghton against Hans R. Hansen. No opinion. Interlocutory judgment affirmed, with costs.

H. P. READ LEAD WORKS, Appellant, v. HOERNING, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by the H. P. Read Lead Works against Charles K. Hoerning. No opinion. Judgment of the Municipal Court affirmed, with costs.

HUBBELL, Respondent, v. WAKEMAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Lydia A. Hubbell against Almon S. Wakeman. No opinion. Judgment unanimously affirmed, with costs.

HUNTER v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Wilson R. Hunter against the Mutual Reserve Life Insurance Company. No opinion. Motion denied. Order filed.

HUNTLEY, Respondent, v. FLURI, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Melanie Huntley against George V. Fluri. G. W. Elkins, for appellant. R. E. L. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HUNT'S WILL. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of proving the last will and testament of Hester Hunt, deceased. No opinion. Motion denied, without costs.

HUREWITZ, Appellant, v. SMULOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Harris Hurewitz against Harris Smulowitz. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HURLEY, Respondent, v. FEINBERG, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Edward Hurley against Barnet Feinberg. D. Corber, for appellant. C. De H. Brower, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment, by deducting therefrom $334.12, being $323.60 and $10.52 interest. In case such stipulation is given, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

INTERNATIONAL FILTER CO., Respondent, v. BARR, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by the International Filter Company against Max Barr. No opinion. Judgment of the Municipal Court affirmed, with costs.